**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARMON E. WARREN,

    Petitioner,

v.

A. K. SCRIBNER, Warden,

    Respondent.
_____/

No. C 02-5779 SBA (pr)

**ORDER GRANTING EXTENSION OF TIME FOR PETITIONER TO REPLY TO RESPONDENT'S RESPONSE TO MOTION FOR RELIEF FROM JUDGMENT**

Petitioner, a state prisoner, filed a notice of appeal of this Court's judgment dismissing as time-barred his petition for a writ of habeas corpus under 28 U.S.C. § 2254. Thereafter, the Court granted Petitioner's request for a certificate of appealability upon finding that "reasonable jurists could disagree with this Court's conclusion that Petitioner's application is time-barred." (June 23, 2006 Order at 1 (citing Thomas v. Greiner, 174 F.3d 260, 261 (2d Cir. 1999) (district court may grant certificate of appealability under 28 U.S.C. § 2253(c) on whether habeas petition is time-barred)).)

On November 21, 2007, the Ninth Circuit Court of Appeals affirmed the judgment of this Court. On December 23, 2010, Petitioner filed a motion for relief from judgment pursuant to Federal Rule of Civil Procedure 60(b). In an Order dated January 14, 2011, the Court directed Respondent to file a response to Petitioner's motion for relief from judgment. On February 7, 2011, Respondent filed his response.

Before the Court is Petitioner's letter dated February 10, 2011, which will be construed as a motion for extension of time to file his reply to Respondent's response.

Accordingly, Petitioner's motion for extension of time is GRANTED, and he shall file his reply to Respondent's response to the motion for relief from judgment no later than **thirty (30) days** from the date of this Order.

IT IS SO ORDERED.

DATED: 3/7/11

                                                                           _____
                                                                           SAUNDRA BROWN ARMSTRONG
                                                                           United States District Judge

G:\PRO-SE\SBA\HC.02\Warren.5779.EOT-PsReply.frm